**BINGHAM McCUTCHEN LLP**
Steven Wilamowsky
399 Park Avenue
New York, NY 10022
Telephone: (212) 705-7000

-and-

Sabin Willett
Rheba Rutkowski
One Federal Street
Boston, MA 02110
Telephone: (617) 951-8000

*Counsel to BDC Finance, L.L.C.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ------------------------------------------------------- x | Chapter 11 |
| In re: | |
| | Case No. 09-13412 (MG) |
| Metaldyne Corporation, *et al.*, | |
| | Jointly Administered |
| Debtors. | |
| ------------------------------------------------------- x | |

**APPELLANT BDC FINANCE, L.L.C.'s DESIGNATION OF THE RECORD**
<u>**AND STATEMENT OF ISSUES ON APPEAL**</u>

Pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure, BDC Finance, L.L.C. ("**Black Diamond**") designates the following items for inclusion in the record on appeal and states the issues to be presented on appeal to the United States District Court for the Southern District of New York from the following orders of the United States Bankruptcy Court for the Southern District of New York (Glenn, J.) (the "**Bankruptcy Court**") entered in the above-captioned case:

A/73123924

(1) Order (I) Authorizing the Sale of Substantially All of the Debtors' Assets Free and Clear of Liens, Claims, Interests and Encumbrances, (II) Authorizing the Assumption and Assignment of Certain Executory Contracts and Leases in Connection Therewith and (III) Granting Related Relief (Dkt. No. 674); and

(2) oral order denying BDC Finance, L.L.C.'s Emergency Motion to Adjourn Sale Hearing (Dkt. No. 636).

## I. Designation of Record on Appeal[1]

The Transcript of Hearing on the Debtors' Sale Motion dated August 7, 2009, Dkt. No. 724, and the following exhibits admitted into evidence as part of the August 7, 2009 hearing are part of the record on appeal:

| Exhibit No. | Docket No. | Document Description |
|---|---|---|
| MDI-1 | 639 | Credit Agreement dated as of January 11, 2007 |
| MDI-2 | 639 | Security Agreement dated as of January 11, 2007 |
| Debtors' Ex-1 | Not Yet Posted To ECF | Auction Transcript dated August 5, 2009 |
| Debtors' Ex-2 | Not Yet Posted To ECF | Auction Transcript dated August 6, 2009 |
|  | 555 | Declaration of Jeffrey L. Johnston |
|  | 633 | Declaration of Jeremy L. Lamb |
|  | 634 | Declaration of Adam M. Fovenesi |
|  | 637 | Declaration of Michael Macakanja |
|  | 641 | Declaration of Michael V. Kell |
|  | 632 | Purchase Agreement dated as of August 7, 2009 between MDI & Metaldyne |

---

[1] Each of the documents designated herein to be included in the record on appeal includes all exhibits, schedules, and other attachments related to such documents.

Black Diamond designates the following additional items for inclusion in the record on appeal:

| Date | Docket No. | Record Items |
| --- | --- | --- |
| 06/16/2009 | 214 | Motion of Debtors and Debtors in Possession for (I) An Order (A) Approving Bidding Procedures for the Sale of the Debtors' Powertrain Group, (B) Approving Certain Bidder Protections and (C) Scheduling a Final Sale Hearing and Approving the Form and Manner of Notice Thereof; and (II) An Order (A) Authorizing the Sale of Certain Assets Related to the Debtors' Powertrain Group Free and Clear of Liens, Claims, Interests and Encumbrances and (B) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection Therewith |
| 06/16/2009 | 218 | Supplemental Declaration of Jeff Johnston of AlixPartners, LLP as Financial Advisors and Consultants to the Debtors and Debtors in Possession |
| 06/23/2009 | 293 | Objection of the Prepetition Term Lenders to the Debtors' Motion for an Order Approving Bidding Procedures for the Sale of the Debtors' Powertrain Assets and Other Related Relief |
| 06/24/2009 | 306 | Notice of Filing Revised Proposed Form of Order for the Debtors' Motion for an Order Approving Bidding Procedures for the Sale of the Debtors' Powertrain Group, (B) Approving Certain Bidder Protections and (C) Scheduling a Final Sale Hearing and Approving the Form and Manner of Notice Thereof |
| 06/25/2009 | 314 | Order signed on 6/25/2009 (A) Approving Bidding Procedures for the Sale of Certain Assets Related to the Debtors' Powertrain Group, (B) Approving Certain Bidder Protections and (C) Scheduling a Final Sale Hearing and Approving the Form and Manner of Notice Thereof |
| 06/25/2009 | 321 | Order Signed on 6/25/2009 Amending and (A) Approving Bidding Procedures for the Sale of Certain Assets Related to the Debtors' Powertrain Group, (B) Approving Certain Bidder Protections and (C) Scheduling a Final Sale Hearing and Approving the Form and Manner of Notice Thereof |

| Date | Docket No. | Record Items |
|---|---|---|
| 06/25/2009 | 323 | Motion of Debtors and Debtors in Possession for (I) An Order (A) Approving Bidding Procedures for the Sale of Certain Assets of the Debtors' Chassis Group, (B) Authorizing the Debtors to Grant Certain Bidder Protections, If Applicable, and (C) Scheduling a Final Sale Hearing and Approving the Form and Manner of Notice Thereof; and (II) An Order (A) Authorizing the Sale of Certain of the Assets of the Debtors' Chassis Group Free and Clear of Liens, Claims, Interests and Encumbrances and (B) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection Therewith, together with the Notice of Hearing thereto |
| 07/03/2009 | 350 | Declaration of Eric R. Mendelsohn in Support of Debtors' Request for an Order (A) Approving Bidding Procedures for the Sale of Certain Assets of the Debtors' Chassis Group, (B) Authorizing the Debtors to Grant Certain Bidder Protections, if Applicable, and (C) Scheduling a Final Sale Hearing and Approving the Form and Manner of Notice Thereof |
| 07/03/2009 | 351 | Declaration of David M. Gann in Support of Debtors' Request for an Order (A) Approving Bidding Procedures for the Sale of Certain Assets of the Debtors' Chassis Group, (B) Authorizing the Debtors to Grant Certain Bidder Protections, if Applicable, and (C) Scheduling a Final Sale Hearing and Approving the Form and Manner of Notice |
| 07/06/2009 | 355 | Reply of Debtors and Debtors in Possession to Objections Relating to Debtors' Request for an Order (A) Approving Bidding Procedures for the Sale of Certain Assets of the Debtors' Chassis Group, (B) Authorizing the Debtors to Grant Certain Bidder Protections, if Applicable, and (C) Scheduling a Final Sale Hearing and Approving the Form and Manner of Notice Thereof |
| 07/06/2009 | 360 | Notice of Filing Revised Proposed Form of Order for the Debtors' Request for an Order (A) Approving Bidding Procedures for the Sale of Certain Assets of the Debtors' Chassis Group, (B) Authorizing the Debtors to Grant Certain Bidder Protections, if Applicable, and (C) Scheduling a Final Sale Hearing and Approving the Form and Manner of Notice Thereof |

| Date | Docket No. | Record Items |
|---|---|---|
| 07/08/2009 | 396 | Order Signed On 7/8/2009 (A)Approving Bidding Procedures For Sale Of Certain Assets Related To The Debtors' Chassis Group, (B) Authorizing The Debtors' To Grant Certain Bidder Protections, If Applicable, And (C) Scheduling A Final Sale Hearing And Approving The Form And Manner Of Notice Thereof And Exhibit #2 Notice Of Sale And Solicitations Of Bids; With Hearing To Be Held On 8/4/2009 @10:00 AM In Courtroom 501 |
| 07/17/2009 | 446 | Emergency Motion of Debtors and Debtors in Possession to Amend Order (A) Approving Bidding Procedures for the Sale of Certain Assets Related to the Debtors' Powertrain Group, (B) Approving Certain Bidder Protections and (C) Scheduling a Final Sale Hearing and Approving the Form and Manner of Notice Thereof |
| 07/22/2009 | 491 | Notice of Filing Stalking Horse Sale and Purchase Agreement By and Among Certain of the Debtors and Revstone Industries, LLC for Certain Assets Related to the Debtors' Chassis Group |
| 07/23/2009 | 502 | Notice of Filing of Proposed Stalking Horse Bid of HHI Holdings, LLC with Respect to the Purchase and Sale of the Debtors' Powertrain Assets |
| 07/24/2009 | 504 | Second Emergency Motion of Debtors and Debtors in Possession to Amend Order (A) Approving Bidding Procedures for the Sale of Certain Assets Related to the Debtors' Powertrain Group, (B) Approving Certain Bidder Protections and (C) Scheduling a Final Sale Hearing and Approving the Form and Manner of Notice Thereof |
| 07/26/2009 | 517 | Declaration of Peter M. Rosenfeld in Support of Debtors' Second Emergency Motion to Amend Order Approving Bidding Procedures for the Sale of Certain Assets Related to the Debtors' Powertrain Group, (B) Approving Certain Bidder Protections and (C) Scheduling a Final Sale Hearing and Approving the Form and Manner of Notice Thereof |

| Date | Docket No. | Record Items |
|---|---|---|
| 07/26/2009 | 518 | Memorandum of Law (1) Joinder of HHI Holdings, LLC to Debtors' Second Emergency Motion to Amend Bidding Procedures Order and (2) Memorandum of Law in Support of Objection of HHI Holdings, LLC to Debtors' Motions to Construe |
| 07/26/2009 | 519 | Memorandum of Law in Support of Second Emergency Motion of Debtors and Debtors in Possession to Amend Order (A) Approving Bidding Procedures for the Sale of Certain Assets Related to the Debtors' Powertrain Group, (B) Approving Certain Bidder Protections and (C) Scheduling a Final Sale Hearing and Approving the Form and Manner of Notice Thereof |
| 07/26/2009 | 520 | Objection of the Prepetition Term Lenders to the Second Emergency Motion of Debtors and Debtors in Possession to Amend Order (A) Approving Bidding Procedures for the Sale of Certain Assets Related to the Debtors' Powertrain Group, (B) Approving Certain Bidder Protections and (C) Scheduling a Final Sale Hearing and Approving the Form and Manner of Notice Thereof |
| 07/26/2009 | 521 | Declaration of Michael Macakanja in Support of Debtors' Second Emergency Motion to Amend Order Approving Bidding Procedures for the Sale of Certain Assets Related to the Debtors' Powertrain Group, (B) Approving Certain Bidder Protections and (C) Scheduling a Final Sale Hearing and Approving the Form and Manner of Notice Thereof |
| 07/26/2009 | 522 | Objection To The Second Emergency Motion Of Debtors And Debtors In Possession To Amend Order Approving Bidding Procedures For The Sale Of Certain Assets Related To The Debtors Powertrain Group And Joinder In Support Of Motion Of The Debtors And Debtors In Possession For An Order Construing Definition Of Agreement In Bidding Procedures Order Relating To The Sale Of Certain Assets Of The Debtors Powertrain Group (RHJ International, S.A.). |
| 07/26/2009 | 523 | Declaration of Ciara Donohoe (RHJ International, S.A.). |

| Date | Docket No. | Record Items |
|---|---|---|
| 07/26/2009 | 524 | Corrected Objection of the Prepetition Term Lenders to the Second Emergency Motion of Debtors and Debtors in Possession to Amend Order (A) Approving Bidding Procedures for the Sale of Certain Assets Related to the Debtors' Powertrain Group, (B) Approving Certain Bidder Protections and (C) Scheduling a Final Sale Hearing and Approving the Form and Manner of Notice Thereof |
| 07/28/2009 | 537 | Second Order signed on 7/28/2009 Granting Motion (A) Approving Bidding Procedures for the Sale of Certain Assets Related to the Debtors' Powertrain Group, (B) Approving Certain Bidder Protections and (C) Scheduling a Final Sale Hearing and Approving the Form and Manner of Notice Thereof |
| 07/30/2009 | 564 | Notice of Filing of Certain Schedules to the Stalking Horse Bid of Revstone Industries, LLC With Respect to the Purchase and Sale of the Debtors' Chassis Assets |
| 07/30/2009 | 565 | Notice of Filing of Certain Schedules to the Stalking Horse Bid of HHI Holdings, LLC With Respect to the Purchase and Sale of the Debtors' Powertrain Assets |
| 07/30/2009 | 566 | Declaration of David M. Gann in Support of the Debtors' Request for an Order Approving the Sale of Certain Assets of the Debtors' Chassis Group Free and Clear of All Liens, Claims, Interests and Other Encumbrances |
| 07/30/2009 | 567 | Declaration of Michael Macakanja in Support of Debtors' Request for an Order Approving the Sale of Certain Assets of the Debtors' Chassis Group Free and Clear of All Liens, Claims, Interests and Other Encumbrances |
| 07/30/2009 | 568 | Memorandum of Law in Support of Debtors' Request for an Order Authorizing the Sale of Certain Assets Related to the Debtors' Chassis Group Free and Clear of Liens, Claims, Interests and Encumbrances |

| Date | Docket No. | Record Items |
|---|---|---|
| 07/30/2009 | 569 | Consolidated Reply to Objections to the Motion of Debtors and Debtors in Possession for (I) an Order (A) Approving Bidding Procedures for the Sale of Certain Assets of the Debtors' Chassis Group, (B) Authorizing the Debtors to Grant Certain Bidder Protections, if Applicable, and (C) Scheduling a Final Sale Hearing and Approving the Form and Manner of Notice Thereof; and (II) an Order (A) Authorizing the Sale of Certain of the Assets of the Debtors' Chassis Group Free and Clear of Liens, Claims, Interests and Encumbrances and (B) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection Therewith |
| 08/02/2009 | 582 | Notice of Adjournment of Hearing of the Auction and Sale Hearing Related to the Sale of Certain Assets of the Debtors' Chassis Group |
| 08/05/2009 | 611 | Consolidated Reply to Objections to the Motion of Debtors and Debtors in Possession for (I) an Order (A) Approving Bidding Procedures for the Sale of the Debtors' Powertrain Group, (B) Approving Certain Bidding Protections (C) Scheduling a Final Sale Hearing and Approving the Form and Manner of Notice Thereof; and (II) an Order (A) Authorizing the Sale of Certain Assets Related to the Debtors' Powertrain Group Free and Clear of Liens, Claims, Interests and Encumbrances and (B) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection Therewith |
| 08/06/2009 | 627 | Provisional Objection of BDC Finance, L.L.C. to Proposed Section 363 Sale(s) of Debtors' Assets |
| 08/07/2009 | 632 | Notice of Successful Bidder for Substantially All of the Debtors' Assets |
| 08/07/2009 | 636 | Emergency Motion to Adjourn Sale Hearing filed on behalf of BDC Finance, L.L.C. |
| 08/07/2009 | 638 | Amended Objection of BDC Finance, LLC to Proposed Terms of Sale of Assets to MD Investors Corporation |

| Date | Docket No. | Record Items |
|---|---|---|
| 08/07/2009 | 639 | Reply of Debtors and Debtors in Possession to Provisional Objection of BDC Finance, L.L.C. to Proposed Section 363 Sale(s) of Debtors' Assets |
| 08/07/2009 | 640 | Memorandum of Law in Support of Debtors' Request for an Order Authorizing the Sale of Substantially All of the Debtors' Assets Free and Clear of Liens, Claims, Interests and Encumbrances |
| 08/07/2009 | 643 | Amended Declaration of Eugene Melnik |
| 08/10/2009 | 662 | Amended Notice of Evidentiary Hearing on Certain Objections to the Debtors' Powertrain and Chassis Sale Motions Scheduled to be Heard on August 20, 2009 at 2:00 P.M. |
| 08/11/2009 | 668 | Request of BDC Finance, L.L.C. Pursuant to Bankruptcy Rule 7052 for Findings of Fact and Rulings of Law |
| 08/11/2009 | 670 | Objection of BDC Finance, L.L.C. to Findings of Fact and Rulings of Law Embedded in Proposed Sale Order |
| 08/12/2009 | 674 | Order signed on 8/12/2009 Granting Motion to (I) Authorize the Sale of Substantially all of the Debtors' Assets Free and Clear of all Liens, Claims, Interests and Encumbrances, (II) Authorizing the Assumption and Assignment of Certain Executory Contracts and Leases in Connection Therewith and (III) Granting Related Relief. |
| 08/12/2009 | 675 | Written Opinion signed on 8/12/2009 Granting Debtors' Motion to Approve Sale of Substantially all of the Debtors' Assets to MD Investors Corp. |
| 08/17/2009 | 698 | Notice of Adjournment of Hearing Scheduled on August 20, 2009 on Certain Objections to the Debtors' Powertrain and Chassis Sale Motions |
| 08/19/2009 | 705 | Notice of Appeal filed on behalf of BDC Finance, L.L.C. |

## II. Statement of Issues on Appeal

1. Whether the Bankruptcy Court erred in denying Black Diamond its right to adequate protection of its security interests in the Debtors' collateral, in violation of section 363(e) of the Bankruptcy Code, including by stripping Black Diamond of its lien and secured claim and forcing Black Diamond to choose between the following inadequate alternatives: (i) accept consideration from the Agent that was not disclosed to Black Diamond or the Bankruptcy Court; or (ii) bring suit against the Agent, MD Investors Corporation, and/or the prepetition term lenders.

2. Whether the Bankruptcy Court erred in determining that the Agent was authorized by section 363(k) of the Bankruptcy Code, the Credit Agreement, and/or the Security Agreement to "credit bid" more than the amount necessary to obtain the highest and best bid for substantially all of the Debtors' assets.

3. Whether the Bankruptcy Court erred in determining that the Debtors and MD Investors had satisfied the requirement of section 363(m) of the Bankruptcy Code that the sale transaction and purchase of substantially all of the Debtors' assets be entered into in "good faith."

4. Whether the Bankruptcy Court erred in approving the earmarking, for the benefit of constituencies junior to Black Diamond, the cash proceeds from the sale of Black Diamond's collateral.

5. Whether the Bankruptcy Court's order approving the sale of substantially all of the Debtors' assets and the earmarking of cash proceeds from such sale constitutes an impermissible *sub rosa* plan.

6. Whether the Bankruptcy Court erred in determining that the Agent was authorized by the Bankruptcy Code, the Credit Agreement, the Security Agreement, and/or other applicable statutory and case law precedent to release Black Diamond's liens and security interests in the Debtors' collateral securing Black Diamond's interests.

7. Whether the Bankruptcy Court violated Black Diamond's due process rights, including by denying Black Diamond's Emergency Motion to Adjourn Sale Hearing.

Dated: New York, New York
       August 27, 2009

**BINGHAM McCUTCHEN LLP**

By: /s/Steven Wilamowsky
    Steven Wilamowsky (2682680)
    399 Park Avenue
    New York, NY 10022
    Telephone: (212) 705-7000

    -and-

    Sabin Willett
    Rheba Rutkowski
    One Federal Street
    Boston, MA 02110
    Telephone: (617) 951-8000

    *Counsel to BDC Finance, L.L.C.*

A/73123924