Case 1:09-cv-07897-DLC   Document 23-2   Filed 10/29/2009   Page 1 of 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x

In re:

Metaldyne Corporation, et al.,

    Debtors.

------------------------------------------------------- x

BDC FINANCE, L.L.C.

    Appellant,

v.

METALDYNE CORPORATION, et al., MD INVESTORS CORPORATION

    Appellees.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/29/09

Chapter 11 Case No. 09-13412 (MG)

Jointly Administered

Dist. Ct. Case No. 09-cv-07897-DLC

### ORDER GRANTING ASSENTED-TO MOTION OF BDC FINANCE, L.L.C. FOR EXTENSION OF TIME TO RESPOND TO JOINT MOTION TO DISMISS THE APPEAL

Before the Court is the Assented-To Motion (the "Motion") of BDC Finance, L.L.C. ("Black Diamond") for Extension of Time to Respond to Joint Motion to Dismiss the Appeal. After due deliberation by the Court and sufficient cause appearing therefore, it is hereby

ORDERED AND ADJUDGED:

1.     The Motion is GRANTED.

2.     Black Diamond shall have up to and including November 11, 2009 to file and serve its response to the Motion to Dismiss. *Any reply is due 11/23/09.*

**SO ORDERED:**

Dated: New York, New York.
    Oct. 29, 2009

_____
HONORABLE DENISE L. COTE
UNITED STATES DISTRICT COURT JUDGE

A/73183449.1